UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATINA LAWDIS,<br><br>      Plaintiff,<br><br>v.<br><br>BENZION SADIGURSKY, Individually and d/b/a SENSORY SCOUT and sensoryscout.com, and SENSORY SCOUT CORP.,<br><br>      Defendants. | DOCKET NO. 1:19-cv-11564-WGY |

**JOINT PROPOSED CASE MANAGEMENT SCHEDULE**

Plaintiff Katina Lawdis ("Lawdis") and Defendant Benzion Sadigursky ("Sadigursky"), Individually and d/b/a Sensory Scout and sensoryscout.com, and Defendant Sensory Scout Corporation ("Sensory Scout") (collectively, "Defendants") hereby submit the following Joint Proposed Case Management Schedule in accordance with the Court's Order dated March 17, 2020 and pursuant to the provisions of Fed. R. Civ. P. 16(b) and Local Rule 16.1.  The parties submit this Case Management Statement to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

**I.      Obligation of Counsel to Confer**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(b), counsel for the Parties certify that they have conferred to discuss: (1) preparing a proposed pre-trial schedule for the case that

includes a plan for discovery; and (2) the issue of consent or non-consent to trial by Magistrate Judge.

## II.     **Proposed Discovery Plan and Scheduling Order**

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.1(d), the Parties propose the following discovery plan for the Court's consideration.

(1)     Initial Disclosures. Initial Disclosures shall be served on or before April 7, 2020.

(2)     Amendments to Pleadings.  Except for good cause shown, amendments to pleadings shall be made by May 1, 2020.

(3)     Fact Discovery – Interim Deadlines

    (a)     Requests for production and interrogatories must be served by May 1, 2020.

    (b)     Requests for admission must be served by June 1, 2020.

    (c)     Depositions (other than expert depositions) shall be completed by July 31, 2020.

(4)     Fact Discovery – Final Deadline.  All discovery (other than expert discovery) must be completed by July 31, 2020.

(5)     Status Conference.  The parties propose a status conference to be held in early fall 2020.

(6)     Expert Discovery.

    (a)     Plaintiff's trial experts must be designated and disclosed per Fed. R. Civ. P. 26(a)(2) by August 3, 2020.

    (b)     Plaintiff's trial experts must be deposed by August 21, 2020.

    (c)     Defendants' trial experts must be designated and disclosed per Fed. R. Civ. P. 26(a)(2) by September 1, 2020.

    (d)     Defendants' trial experts must be deposed by September 18, 2020.

(7)     Dispositive Motions.  All dispositive motions of any kind must be filed by October 1, 2020.

(8)     Initial Pretrial Conference.  If no party has filed a dispositive motion, the Court shall set a pre-trial conference in the month of November 2020.  If a dispositive motion has been filed by either party, the Court shall set a pre-trial conference for a time after the dispositive motion has been ruled upon.

### III.    Trial by Magistrate Judge

The parties do not consent to trial by Magistrate Judge.

### IV.     L.R. 16.1(D)(3) Certifications

The parties shall file the certifications required by L.R. 16.1(D)(3) separately.

Respectfully submitted,

| PLAINTIFF KATINA LAWDIS, | BENZION SADIGURSKY, Individually and d/b/a Sensory Scout and sensoryscout.com, AND SENSORY SCOUT CORP., |
|---|---|
| By her attorney, | By their attorney, |
| /s/ *Timothy J. Perry*<br>Timothy J. Perry (BBO#631397)<br>tperry@pkdllp.com<br>PERRY KRUMSIEK LLP<br>One Boston Place, Suite 2600<br>Boston, MA 02108<br>(617) 720-4300<br>Fax: (617) 720-4310 | /s/ *David J. Fryman*<br>David J. Fryman<br>Fryman PC<br>10 E. Merrick Road<br>Suite 305<br>Valley Stream, NY 11580<br>(516) 714-4147<br>Email: dfryman@frymanpc.com |

## CERTIFICATE OF SERVICE

      I hereby certify that I served a true copy of the above document on all counsel of record by the Electronic Court Filing System (ECF) of the United States District Court for the District of Massachusetts.

Dated:  March 30, 2020                             /s/ *Timothy J. Perry*
                                                                         Timothy J. Perry